OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
CLERK

JAMES T. FOLEY U.S. COURTHOUSE
445 BROADWAY, ROOM 509
ALBANY, NEW YORK 12207
(518) 257-1800

June 13, 2005

Clerk, US District Court
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

  RE: Pharmaceutical Industry Average Wholesale Price Litigation
   MDL Docket # 1456
   NDNY Case # 05-cv-354 TJM/DEP

Dear Clerk:

  Enclosed herewith please find a certified copy of the Conditional Transfer Order and a certified copy of the docket sheet in the above-listed MDL case. As this case is completely electronic under ECF, you can view the original record by clicking on the "CM-ECF Quick Query" link on our intranet site at http://156.121.59.197/.

  Please return the copy of this letter to my attention when you receive this. Thank you.

Sincerely,
LAWRENCE K. BAERMAN, CLERK

By: Britney Norton
Deputy Clerk

ban
Enclosures

ACKNOWLEDGMENT:_____     DATE:_____

CLOSED

# U.S. District Court
## Northern District of New York [LIVE - Version 2.4] (Binghamton)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00354-TJM-DEP

| | |
|---|---|
| County of Chenango v. Abbott Laboratories, Inc. et al | Date Filed: 03/21/2005 |
| Assigned to: Judge Thomas J. McAvoy | Jury Demand: None |
| Referred to: Magistrate Judge David E. Peebles | Nature of Suit: 890 Other Statutory Actions |
| Cause: 42:1396 - Tort Negligence | Jurisdiction: Federal Question |

**Plaintiff**

**County of Chenango**　　　　represented by　**Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

**Allergan, Inc.**

**Defendant**

**Alpharma, Inc.**

**Defendant**

**Amgen, Inc.**

**Defendant**

**Andrx Corp.**

**Defendant**

**AstraZeneca**

**Defendant**

**Aventis Pharmaceuticals Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Baxter Healthcare Corporation**

**Defendant**

**Baxter International, Inc.**

**Defendant**

**Bayer Corp.**

**Defendant**

**Ben Venue Laboratories, Inc.**

**Defendant**

**Berlex Laboratories, Inc.**

**Defendant**

**Biogen Idec, Inc.**

**Defendant**

**Biovail Pharmaceuticals, Inc.**

**Defendant**

**Boehringer Ingelheim Corp.**

**Defendant**

**Boehringer Ingelheim Pharmaceuticals, Inc.**

**Defendant**

**Bristol-Myers Squibb Company**

**Defendant**

**Dermik Laboratories, Inc.**

**Defendant**

**Dey, Inc.**

**Defendant**

**Eisai, Inc.**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Ethex Corp.**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Fujisawa Healthcare, Inc.**

**Defendant**

**Fujisawa USA, Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Genzyme Corp.**

**Defendant**

**Gilead Sciences, Inc.**

**Defendant**

**Glaxosmithkline, P.L.C.**

**Defendant**

**Greenstone, Ltd.**

**Defendant**

**Hoffman-La Roche, Inc.**

**Defendant**

**Immunex Corp.**

**Defendant**

**Ivax Corp.**

**Defendant**

**Ivax Pharmaceuticals, Inc.**

**Defendant**

**Janssen Pharmaceutica Products, LP**

**Defendant**

**Johnson & Johnson**

**Defendant**

**King Pharmaceuticals, Inc.**

**Defendant**

**McNeil-PPC, Inc.**

**Defendant**

**Medimmune, Inc.**

**Defendant**

**Merck & Co., Inc.**

**Defendant**

**Monarch Pharmaceuticals, Inc.**

**Defendant**

**Mylan Laboratories, Inc.**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**Novartis Pharmaceuticals Corp.**

**Defendant**

**Novo Nordisk Pharmaceuticals, Inc.**

**Defendant**

**Organon USA**

**Defendant**

**Ortho Biotech Products LP**

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Purepac Pharmaceutical Co.**

**Defendant**

**Reliant Pharmaceuticals**

**Defendant**

**Roche Labs**

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Sanofi-Synthelabo, Inc.**

**Defendant**

Case 1:05-cv-11186-PBS    Document 7-2    Filed 06/15/2005    Page 7 of 10

**Schering-Plough Corp.**

**Defendant**

**Smithklinebeecham Corp.**
*doing business as*
Glaxosmithkline

**Defendant**

**Takeda Pharmaceuticals North America, Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Warrick Pharmaceuticals Corp.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2005 | 1 | COMPLAINT against Amgen, Inc., Andrx Corp., AstraZeneca, Aventis Pharmaceuticals Inc., Barr |

| | | | |
|---|---|---|---|
| | | | Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Organon USA, Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pharmacia Corporation, Abbott Laboratories, Inc., Pfizer, Inc., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Labs, Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering-Plough Corp., Smithklinebeecham Corp., Agouron Pharmaceuticals, Inc., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., TevaPharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharmaceuticals, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc. ( Filing fee $ 250 receipt number ALB000615) filed by County of Chenango. (Attachments: # 1 Complaint - cont'd# 2 Complaint - cont'd# 3 Exhibit A, Part 1 of 4# 4 Exhibit A, Part 2 of 4# 5 Exhibit A, Part 3 of 4# 6 Exhibit A, Part 4 of 4# 7 Exhibit B# 8 Exhibit C# 9 Exhibit D# 10 Exhibit E)(wbl, ) (Entered: 03/23/2005) |
| 03/21/2005 | | | Summons Issued as to Amgen, Inc., Andrx Corp., AstraZeneca, Aventis Pharmaceuticals Inc., Barr |

|  |  | Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Organon USA, Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pharmacia Corporation, Abbott Laboratories, Inc., Pfizer, Inc., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Labs, Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering-Plough Corp., Smithklinebeecham Corp., Agouron Pharmaceuticals, Inc., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharmaceuticals, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc.. (wbl, ) (Entered: 03/23/2005) |
|---|---|---|
| 03/21/2005 | [2](#) | G.O. 25 FILING ORDER ISSUED Initial Conference set for 8/5/2005 10:00 AM in Binghamton before Magistrate Judge David E. Peebles. Civil Case Management Plan due by 7/26/2005. (wbl, ) (Entered: 03/23/2005) |
| 05/03/2005 | [3](#) | Letter from Aaron Hovan, outside counsel for County of Chenango requesting Adjournment of Deadlines. (Hovan, Aaron) (Entered: 05/03/2005) |

| | | | |
|---|---|---|---|
| 05/05/2005 | | [4](#) | LETTER/REQUEST AND ORDER; Letter addressed to MJ Peeblkes requesting that the Current deadlines set, specifically the service dealine and the Rule 16 conference be postponed as this action has been transferred to MDL; So Ordered Rule 16 date and civil case management plan adjourned w/out date. Signed by Judge David E. Peebles on 5/4/05. (kcl, ) (Entered: 05/05/2005) |
| 05/19/2005 | | [5](#) | NOTICE by Judicial Panel on MDL advising of Conditional Transfer Order; Case is stayed until further notice (kcl, ) (Entered: 05/19/2005) |
| 06/06/2005 | | [6](#) | TRANSFER ORDER. Case transferred to District of Massachusetts for MDL (re Pharmaceutical industry average wholesale price litigation). Signed by Clerk of Panel Michael J. Beck. (ban) (Entered: 06/13/2005) |
| 06/13/2005 | | | Case transferred to District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. (ban) (Entered: 06/13/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/21/2005 15:32:45 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-00354-TJM-DEP |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 10 2005
LAWRENCE K. BAERMAN, CLERK
ALBANY

June 8, 2005

Mr. Larry Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

IN RE: MDL DOCKET No. 1456  In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action Nos:

| | |
|---|---|
| 1:05-408 County of Washington v. Abbott Labs, Inc. et al | District of MA No: 1:05-11180 |
| 1:05-422 County of Rensselaer v. Abbot Labs, Inc. et al | District of MA No: 1:05-11181 |
| 1:05-425 County of Albany v. Abbott Labs, Inc. et al | District of MA No: 1:05-11182 |
| 1:05-468 County of Warren v. Abbott Labs, Inc. et al | District of MA No: 1:05-11183 |
| 1:05-474 County of Greene v. Abbott Labs, Inc. et al | District of MA No: 1:05-11184 |
| 1:05-478 County of Saratoga v. Abbott Labs, Inc. et al | District of MA No: 1:05-11185 |

Dear Mr. Baerman :

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch



```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

    MAY 12 2005

       FILED
   CLERK'S OFFICE
```

**DOCKET NO. 1456**

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-21)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

   MAY 31 2005

    CLERK'S OFFICE
  JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK NORTHERN** | |
| NYN 1 05-408 | The County of Washington v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-422 | County of Rensselaer v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-425 | County of Albany v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-468 | County of Warren v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-474 | County of Greene v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-478 | County of Saratoga v. Abbott Laboratories, Inc., et al. |
| NYN 3 05-354 | County of Chenango v. Abbott Laboratories, Inc., et al. |
| NYN 3 05-456 | The County of Broome v. Abbott Laboratories, Inc., et al. |
| NYN 5 05-397 | County of Tompkins v. Abbott Laboratories, Inc., et al. |
| NYN 5 05-423 | County of Cayuga v. Abbott Laboratories, Inc., et al. |
| NYN 6 05-415 | County of Herkimer, New York v. Abbott Laboratories, Inc., et al. |
| NYN 6 05-489 | County of Oneida v. Abbott Laboratories, Inc., et al. |
| NYN 7 05-479 | County of Saint Lawrence v. Abbott Laboratories, Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 1 05-214 | County of Chautauqua v. Abbott of Laboratories, Inc., et al. |
| NYW 1 05-236 | County of Allegany v. Abbott Laboratories, Inc., et al. |
| NYW 1 05-256 | County of Cattaraugus v. Abbott Laboratories, Inc., et al. |
| ~~NYW 1 05-259~~ | ~~County of Erie v. Abbott Laboratories, Inc., et al.~~ Opposed 5/24/05 |
| NYW 6 05-6138 | County of Wayne v. Abbott Laboratories, et al. |
| NYW 6 05-6148 | County of Monroe v. Abbott Laboratories, Inc., et al. |
| NYW 6 05-6172 | County of Yates v. Abbott Laboratories, Inc., et al. |